

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JAMIE M. ZINAMAN<br>Labor and Employment Law Division<br>Phone: (212) 788-0887<br>Fax: (212) 788-8877<br>E-mail: Jzinaman@law.nyc.gov |
|---|---|---|

November 10, 2009

**By ECF**
Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: <u>Gibbons v. Woodhull Med. Group, et al.</u>
            09CV524(BMC)(LB)

Dear Magistrate Judge Bloom:

        I am the Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel for the City of New York, assigned to represent the defendants New York City Health and Hospitals Corporation and New York University School of Medicine in the above-referenced action. I write to respectfully request that the conference scheduled for November 18, 2009 be adjourned to an alternate date convenient for the Court. I called plaintiff on November 5 and again today, November 10, to seek her consent to this request. I left a message for her both times, and have not heard back from her at the time of the filing of this letter.

        Defendants seeks this adjournment because I must defend a court-ordered deposition in Norwood, Massachusetts on November 19, 2009 in the case <u>Fierro v. City, et al.</u>, 08 CV 5329 (SAS) (JCF). On November 18th, the date of the <u>Gibbons</u> conference, I will travel to Massachusetts to meet with the witness and prepare her for her deposition. If the <u>Gibbons</u> conference proceeds at 3:00 p.m., I will not be able to leave New York City until at least 4:30 p.m., which gets me to Massachusetts too late at night to properly prepare the witness. I am hoping to be able to leave New York in the morning of November 18 in order to have ample time to prepare the witness.

        For this reason, defendants respectfully request an adjournment of the November 18, 2009 conference.

The application is ✓ granted ___ denied. The Court shall hold the conference on December 7, 2009 at 2:30 p.m. in Courtroom 11A

SO ORDERED.
/S/
Lois Bloom, U.S.M.J.
Dated: 11/13/09
Brooklyn, New York

Thank you for your consideration of this request.

                                          Respectfully submitted,
                                                      /s/
                                          Jamie M. Zinaman
                                          Assistant Corporation Counsel

cc:    Hazel Gibbons
        196 Green Avenue
        Freeport, New York 11520
        (By Overnight and Regular Mail)